

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2020

No. 04-19-00209-CV

**SCHERTZ BANCSHARES CORPORATION**, Individually and d/b/a Schertz Bank & Trust, Schertz Bank & Trust, and Mustang Valley Estates Homeowners Association,
Appellants

v.

Scott **BURRIS**, Ashley Burris, Wayne Burris, Lee Burris, Kenneth David, Cece Davis, Amy Wilson, Mike Wilson, Daryl Green, Cathy Green, Jeffery Griggs, Cliff Jackson, Mamie Jackson, William Merrill, Tonya Spells, Quinton Perry, Angie Perry, Kenneth Shields, Tamara Shields, Cathy Hight, Clinton Siples, and Michelle Siples,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1512-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice

The court has considered the appellees' motion for en banc reconsideration, and the motion is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2020.



Michael A. Cruz,
Clerk of Court